IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | |
| § | |
| MARTIN CANTU, § | |
| § | |
| Defendant, § | |
| § | |
| BANK OF AMERICA, NA, § | Criminal No. 3:13-CR-347-K-BK (02) |
| FIDELITY MANAGEMENT § | |
| TRUST CO., TEACHER § | |
| RETIREMENT SYSTEM OF § | |
| TEXAS, and WELLS FARGO § | |
| BANK, NA, § | |
| § | |
| Garnishees. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation as to the claims for exemption and requests for hearing filed by Defendant Martin Cantu, Doc. 146; Doc. 147.  No objections were filed.  The Court has reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, the claims for exemption and requests for hearing filed by Defendant Martin Cantu are **DENIED**.

**SO ORDERED.**

Signed November 30th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE